IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MANDRELL PARHAM, *

Plaintiff, *

v. Case No. 5:24-CV-36-MTT
*

CHARLES COLEMAN,
*

Defendant.
*

**JUDGMENT**

Pursuant to this Court's Order dated July 26, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of July, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk